Re: *Lee v. Mitchell McGladdery, et al.*

## HEALTH PROFESSIONAL'S REPORT

1. Anthony Lee was incarcerated at Joliet Treatment Center and Stateville Correctional Center.

2. In March of 2023, Anthony returned to Stateville Correctional Center after receiving surgery at the hospital to treat his severe, circumferential burn wound.

3. Upon returning to Stateville Correctional Center, Anthony had a wound that needed to be periodically cared for to prevent infection and other adverse consequences.

4. Over the nearly two months that Anthony resided at Stateville after his surgery, his wound became increasingly infected and deteriorated over time without appropriate intervention.

5. Nurse Mitchell McGladdery was one of Anthony's treating nurses responsible for care of his wound.

6. Upon treating Anthony for his wounds and infection, McGladdery was required to do the following:

    a. Thoroughly assess and reassess Anthony to identify his needs and risks to his health and safety;

    b. Communicate with medical and nursing staff about Anthony's needs, conditions, and risks to his safety;

    c. Ensure other medical and nursing staff were aware of any changes to Anthony's physical state, including his wound and infection, on a regular basis; and

    d. Appropriately document the status of Anthony's wound during his course of treatment and assessment.

7. Based upon my experience, training, knowledge, and my review of Anthony Lee's medical records, it is my opinion, to a reasonable degree of medical certainty, that the care provided by Nurse McGladdery at Stateville Correctional Center fell below the minimum standard of care and constituted negligence because he:

    a. Failed to assess the risks posed to Anthony's health and safety;

1

    b. Failed to communicate with medical and nursing staff about Anthony's needs, conditions, and risks to his safety;

    c. Failed to communicate with medical and nursing staff about changes to Anthony's condition; and

    d. Failed to appropriately document the status of Anthony's wound during his course of treatment and assessment.

8. While under the care of Nurse McGladdery Anthony suffered unnecessary pain, received ineffective treatment to his wounds, and experienced delayed presentation to the hospital or specialist for his severe infection.

9. As a result of Nurse McGladdery's failures of care and the negligent acts and omissions, Anthony Lee's infection continued to worsen for over a month without access to a hospital, specialized care, or an effective course of treatment. Ultimately, Anthony's leg was amputated.

10. In my opinion, there is a reasonable and meritorious basis for filing a lawsuit against Nurse Mitchell McGladdery.

11. I am a physician licensed to practice medicine in all its branches.

12. I am knowledgeable in the relevant issues involved in this particular action, specifically the provision of health care in a correctional setting.

13. I have practiced medicine in the same area of health care or medicine that is at issue in this particular action within the last 5 years.

14. I am qualified by experience and have demonstrated competence regarding the care and treatment of patients who require health care in a correctional setting, such as Anthony Lee.

15. I am familiar with the standard of care for nurses as it currently relates to issues of care and treatment of patients in a correctional setting such as Anthony Lee.

16. Specifically, I am knowledgeable about the standard of care for general medical practitioners in a correctional setting who are treating a patient with specialized needs, such as Anthony Lee.

17. I have read and reviewed the following records in this case:

**Medical Records for Anthony Lee**

Illinois Department of Corrections
Dates: 4/4/2003-10/16/2023

Amita Health Aurora
Dates: 02/07/2023-03/16/2023, 04/04/2023, 05/05/2023-05/16/2023

_____         _2/19/2025_
Signature        Date

State of Washington

County of Thurston

I certify that I know or have satisfactory evidence that Ryan Herrington
(name of individual)

is the person who appeared before me and said person acknowledged that (he/she) signed this instrument, Health Professional's Report ,
(document description)

and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 02/19/2025

(Signature of Notary)

Notary Public for the State of Washington

My Appointment Expires: 04/13/2027

Seal or Stamp Here

TAYLOR SEAMAN
Notary Public
State of Washington
Commission # 23019726
My Comm. Expires Apr 13, 2027

GCU 02685 R 04/05/2023