IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Lee, | ) | |
| | ) | |
| Plaintiff, | ) | No: 1:25-cv-01772 |
| | ) | |
| v. | ) | |
| | ) | |
| Wexford Health Sources, Inc. | ) | Honorable Jorge L. Alonso |
| Marlene Henze, Dianna Kucera, | ) | |
| Mitchell McGladdery, | ) | Magistrate Judge Daniel McLaughlin |
| Helen Bruckner, Eileen Couture, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## CORRECTED AFFIDAVIT PURSUANT TO SECTION 2-622

I, Sam Harton, as attorney for the Plaintiff, and pursuant to Section 2-622 of the Illinois Code of Civil Procedure, state as follows:

1. That I have consulted and reviewed the facts of the above-captioned case with a health professional who I reasonably believe: i) is knowledgeable in the relevant issues involved in this particular action, ii) practices or has practiced within the last 5 years in the same area of health care or medicine that is at issue in this particular action; and iii) is qualified by experience or demonstrated competency in the subject of this case.

2. That the reviewing physician is licensed to practice medicine in all of its branches.

3. That the reviewing physician has determined in a written report, after a review of the medical record and other relevant material involved in this particular action that there is a reasonable and meritorious cause for filing of this action against named Defendants (See reports attached hereto and incorporated herein as ECF 1-2 through ECF 1-7).

4. That I have concluded on the basis of the reviewing physician's review and consultation that there is a reasonable and meritorious cause for

1

filing this complaint, and that the report(s) comports with the requirements of 735 ILCS 5/2-622.

FURTHER AFFIANT SAYETH NAUGHT

<u>/s/ Sam Harton</u>　　　　　　　　　　　　　　　Date: February 20, 2025
Sam Harton

[X]　　Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

Sam Harton
ROMANUCCI & BLANDIN
321 N. Clark St.; Ste 900
Chicago, IL  60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net
Attorney No.: 35875