# UNITED STATES DISTRICT COURT
для
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **Anthony Lee** </br> *Plaintiff* </br> v. </br> **Wexford Health Sources, Inc. Marlene Henze, Dianna Kucera, Mitchell McGladdery, Helen Bruckner, Eileen Couture** </br> *Defendant* | Civil Action No. 1:25-cv-01772 |

## AFFIDAVIT OF SERVICE

I, Joel Knoblock, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to DIANNA KUCERA in DuPage County, IL on March 12, 2025 at 6:57 pm at 6420 Double Eagle Drive, unit 702, Woodridge, IL 60517 by personal service by handing the following documents to an individual identified as DIANNA KUCERA.

Summons In A Civil Case
Complaint, Civil Cover Sheet

White Female, est. age 35-44, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=41.769133811,-88.0728462752
Photograph: See Exhibit 1

Total Cost: $150.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Joel Knoblock*

Executed in

  DeKalb County  ,

  IL   on   3/13/2025  .

Signature
Joel Knoblock
+1 (630) 212-0365
Proof Illinois LLC
No. 117.001863



Exhibit 1a)