UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Anthony Lee** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Lee v. Wexford Health Sources Inc., et al** )<br>)<br>*Defendant* ) | Civil Action No. 1:25-cv-01772 |

## AFFIDAVIT OF SERVICE

I, Joel Knoblock, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to MITCHELL MCGLADDERY in Will County, IL on March 17, 2025 at 7:39 pm at 188 Periwinkle Lane, Bolingbrook, IL 60490 by leaving the documents at the usual place of abode of MITCHELL MCGLADDERY with John McGladdery while explaining the contents therein who is the Father including co-habitant of MITCHELL MCGLADDERY, resides with MITCHELL MCGLADDERY and is 13 years old or older. I also mailed these documents by first class mail to MITCHELL MCGLADDERY on March 18, 2025 to their last known address at 188 Periwinkle Lane, Bolingbrook, IL 60490.

Summons In A Civil Case
Civil Cover Sheet, Complaint

White Male, est. age 55-64, glasses: Y, Brown hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.6924777319,-88.1534754903
Photograph: See Exhibit 1

Total Cost: $150.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __DuPage County__, __IL__ on __3/25/2025__.

/s/ *Joel Knoblock*
Signature
Joel Knoblock
+1 (630) 212-0365
Proof Illinois LLC
No. 117.001863



Exhibit 1a)