**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY LEE (#Y48589), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-01772 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., et al. | ) | Honorable Judge Jorge L. Alonso |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

Please take notice that on **April 2, 2024 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Judge Jorge L. Alonso**, or any other judge sitting in his stead, in **Room 1903**, at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present Defendants' Unopposed Motion for Extension of Time to Answer or Plead, a copy of which is enclosed herewith and served electronically upon you via the Court's ECF filing system.

Dated: March 31, 2025                                        Respectfully Submitted,


                                                            By: */s/ Corinne M. Cundiff*
                                                            Attorney for Defendants, Dr. Eileen Couture, Helen
                                                            Bruckner, and Wexford Health Sources, Inc.


Robert S. Tengesdal (#6288650)
Corinne M. Cundiff (#6326784)
CONNOLLY KRAUSE LLC
500 West Madison Street, Suite #3900
Chicago, IL 60661
Ph: (312) 253-6200
rtengesdal@cktrials.com
ccundiff@cktrials.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2025, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/EFC system.

By: /s/ Corinne M. Cundiff
Attorney for Defendants