3078567-JKS ARDC#6288632

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Lee (#Y48589), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01772 |
| | ) | |
| Wexford Health Sources, Inc., | ) | Honorable Judge Jorge L. Alonso |
| Marlene Henze, Dianna Kucera, | ) | |
| Mitchell McGladdery, | ) | |
| Helen Bruckner, | ) | |
| Eileen Couture, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT MITCHELL MCGLADDERY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS ANSWER OR INITIAL PLEADING TO PLAINTIFF'S COMPLAINT

Defendant Mitchell McGladdery ("Defendant" or "Nurse McGladdery"), by and through his attorney, AMUNDSEN DAVIS LLC, and for his motion for extension of time to file his answer or initial pleading to Plaintiff's Complaint, filed on February 20, 2025 (ECF 1), hereby states the following:

1. On March 17, 2025, Defendant, Mitchell McGladdery was served with summons and Plaintiff's complaint. (ECF #22). Mr. McGladdery's answer to the complaint was thereby due on or before April 7, 2025, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

2. On March 31, 2025, counsel for Defendant McGladdery contacted counsel for Plaintiff for introduction and to request copies of Plaintiff's medical records.

3. On April 9, 2025, counsel for Defendant McGladdery contacted counsel for Plaintiff to request an extension of time to answer the complaint on his behalf. The requested

extension would allow counsel to review the complaint and associated medical records with their client prior to finalizing his initial pleadings.

4. Therefore, Defendant McGladdery is requesting until April 18, 2025, to file his answer or initial pleadings to Plaintiff's complaint. Plaintiff's counsel has no objection to this request.

5. The instant motion is not being made for any improper purpose or delay. Nor will any party suffer any prejudice if this Court grants the request.

WHEREFORE, Defendant Mitchel McGladdery respectfully requests this Court grant his motion for a brief extension to file his answer or initial pleading to Plaintiff's complaint to April 18, 2025, or any date thereafter this Court may deem more appropriate.

Respectfully submitted,

**AMUNDSEN DAVIS LLC**

By: *\/s/ Jennifer K. Stuart*
One of the Attorneys for Defendant,
Mitchell McGladdery

Jennifer K. Stuart (#6288632)
AMUNDSEN DAVIS LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3267
jstuart@amundsendavislaw.com

3078567-JKS ARDC#6288632

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Lee (#Y48589), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01772 |
| | ) | |
| Wexford Health Sources, Inc., | ) | Honorable Judge Jorge L. Alonso |
| Marlene Henze, Dianna Kucera, | ) | |
| Mitchell McGladdery, | ) | |
| Helen Bruckner, | ) | |
| Eileen Couture, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Jennifer K. Stuart, an attorney, hereby certify that on April 9, 2025, I caused DEFENDANT MITCHELL MCGLADDERY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS ANSWER OR INITIAL PLEADING TO PLAINTIFF'S COMPLAINT to be served on the following counsel of record by electronic mail as indicated below:

Sam Harton
Daisy Ayllon
Romanucci & Bandin, LLC
321 North Clark Street, Suite 900
Chcago, IL 60654
sharton@rblaw.net
dayllon@rblaw.net
***Attorneys for Plaintiff, Anthony Lee***

Carl Salvatore Stier
Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
***Attorneys for Defendant Diana Kucera***

/s/ Jennifer K. Stuart
JENNIFER K. STUART (6288632)