## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anthony Lee
                                    Plaintiff,

v.                                                            Case No.: 1:25−cv−01772

                                                            Honorable Jorge L. Alonso

Wexford Health Sources Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant Mitchell McGladdery's Unopposed motion for extension of time to file his answer or initial pleading to Plaintiff's complaint [31] is granted to 4/18/25. Notice mailed by Judge&#0;39;s staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.