[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Anthony Lee<br><br>Plaintiff<br><br>v.<br>Wexford Health Sources, Inc., et al.,<br><br>Defendant | ) ) ) ) ) ) ) ) | Case Number: 1:25-cv-01772<br><br>Judge: Judge Jorge L. Alonso |

**NOTICE OF MOTION**
AND AGREED BRIEFING SCHEDULE

**TO:** All Parties of Record (see attached Service List)

**PLEASE TAKE NOTICE** that on June 3, 2025 **at** 9:30 AM**,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Judge Jorge L. Alonso or any judge sitting in his or her stead in **Courtroom** 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** Defendant McGladdery's Rule 12(b)(6) Motion To Dismiss Counts IV and X of Plaintiff's Complaint. By agreement of the parties, Plaintiff to respond within 28 days (on or before 05/23/25) and Defendant McGladdery to reply within 7 days thereafter (on or before 05/30/25).

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2025, I provided service to the person or persons listed above by the following means: via e-mail transmission

Signature: Jennifer K. Stuart Date: April 25, 2025

Name (Print): Jennifer K. Stuart

Address: Amundsen Davis, LLC Phone: 312-894-3200 Ext 3364

150 North Michigan Avenue, Suite 3300

Chicago, IL 60601



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RE: Anthony Lee v. Wexford Health Sources, Inc.
Court No: 25-cv-01772
Our File: 3078567

# SERVICE LIST

**Attorney for Plaintiff**
Sam A. Harton
Daisy Ayllon
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60622
(312) 253-8590 (Sam)
(610-806-3111 (Daisy)
sharton@rblaw.net
dayllon@rblaw.net

**Attorney for Wexford Health Sources, Inc., Helen Bruckner, Eileen Couture, Marlene Henze**
Corinne M. Cundiff
Robert Steven Tengesdal
Connell Krause, LLC
500 West Madison Street, Suite 3900
Chicago, IL 60661
(312) 559-4689 (Corinne)
(312) 466-0343 (Robert)
ccundiff@cktrials.com
rtengesdal@cktrials.com

**Attorney for Dianna Kucera**
Carl Salvatore Stier
Illinois Attorney General's Office
Government Representation
General Law Bureau
115 South LaSalle Street, 28th Floor
Chicago, IL 60603
773-835-0637
carl.stier@ilag.gov

**Attorneys for Mitchell McGladdery**
Jennifer K. Sturt
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3267
jstuart@amundsendavislaw.com

Dr. Stathis Paulakidas

Presence Central and Suburban Hospitals Network