# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** Anthony Lee (#Y48589) vs. Wexford Health Sources, Inc., Marlene Henze, Dianna Kucera, Mitchell McGladdery, Helen Bruckner, Eileen Couture

**Case Number:** 25-cv-01772

An additional appearance is hereby filed by the undersigned as attorney for:

Mitchell McGladdery

**Attorney name (type or print):** Shannon L. McKeon

**Firm:** Amundsen Davis, LLC

**Street address:** 150 North Michigan Avenue, Suite 3300

**City/State/Zip:** Chicago, IL 60601

**Bar ID Number:** 6346125
(See item 3 in instructions)

**Telephone Number:** 312-455-3842

**Email Address:** smckeon@amundsendavislaw.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you a member of the court's general bar? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** May 1, 2025

**Attorney signature:** S/ Shannon L. McKeon
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

3078567-JKS/SLM
#6346125

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01772 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| MARLENE HENZE, DIANNA KUCERA, | ) | |
| MITCHELL MCGLADDERY, | ) | |
| HELEN BRUCKNER, | ) | |
| EILEEN COUTURE, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 1, 2025,** a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system.

AMUNDSEN DAVIS, LLC

By:/s/     Shannon L. McKeon
   One of the Attorneys for Defendant
   Mitchell McGladdery

Shannon L. McKeon – smckeon@amundsendavislaw.com
AMUNDSEN DAVIS LLC
150 North Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3200