# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Anthony Lee,** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-01772 |
| ) | |
| **Wexford Health Sources, Inc., et al.** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Kurt Sederman, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Amita Health Mercy Medical Center in Cook County, IL on May 1, 2025 at 2:53 pm at 208 South LaSalle Street, suite 814, Chicago, IL 60604 by leaving the following documents with Derrick Hackett who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Amita Health Mercy Medical Center.

Summons In A Civil Case
Complaint (Jury Demand)

Black or African American Male, est. age 25-34, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=41.8790937,-87.6324669
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Kurt Sederman*

Executed in  Cook County , IL  on  5/2/2025 .

Signature
Kurt Sederman
+1 (312) 451-8228
Proof Illinois LLC
No. 117.001863

