**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTHONY LEE (#Y48589), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-cv-01772 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | Honorable Judge Jorge L. Alonso |
| et al. ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR QUALIFIED**
**PROTECTIVE ORDER PURSUANT TO HIPAA**

NOW COME the Defendants, HELEN BRUCKNER, EILEEN COUTURE, MARLENE HENZE and WEXFORD HEALTH SOURCES, INC., by and through their attorneys, CONNOLLY KRAUSE LLC, and hereby move for a Qualified Protective Order pursuant to HIPAA. In support thereof, Defendants state as follows:

1. Plaintiff has filed a case alleging misconduct by Defendants and other medical providers. Plaintiff specifically claims this misconduct is directly related to certain medical treatments and medication administration.

2. Treating physicians, hospitals and other health care providers disclosed by Plaintiff in this case, are all "covered entities" as defined by 45 CFR 160.103. HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorization or qualified protective order. 45 CFR Section 164.512(e).

3. These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 160.501, in the form of medical records (imaging, test results, insurance documents, notes, orders, labs, correspondence, pathology, etc.) pertaining to Plaintiff, ANTHONY LEE.

1

4. Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to Plaintiff, ANTHONY LEE, which is in the testing and/or examining providers' possession.

5. A copy of the proposed order is attached hereto as Exhibit 1.

WHEREFORE, the Defendants, HELEN BRUCKNER, EILEEN COUTURE, MARLENE HENZE and WEXFORD HEALTH SOURCES, INC., respectfully request this Honorable Court enter the proposed order attached hereto permitting the use and disclosure of personal health information created or received by any covered entity who has provided health care to Plaintiff, ANTHONY LEE, for any purpose connected with the pending litigation, and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

**CONNOLLY KRAUSE LLC**

*/s/ Corrine M. Cundiff*
One of the Attorneys for Defendants,
Helen Bruckner, Eileen Couture, Marlene Henze
and Wexford Health Sources, Inc.

Robert S. Tengesdal (#6288650)
Corinne M. Cundiff (#6326784)
CONNOLLY KRAUSE LLC
500 W. Madison Street
Suite 3900
Chicago, Illinois 60661
(312) 253-6200
rtengesdal@cktrials.com
ccundiff@cktrials.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2025, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/ECF system.

/s/*Corinne M. Cundiff*