UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **Anthony Lee** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> **Wexford Health Sources, Inc. Marlene Henze, Dianna Kucera, Mitchell McGladdery, Helen Bruckner, Eileen Couture** ) <br> ) <br> ) <br> ) <br> *Defendant* | Civil Action No. 1:25-cv-01772 |

## AFFIDAVIT OF NONSERVICE

I, Kurt Sederman, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

After careful inquiry and diligent attempts, I was unable to serve Dr. Stathis Poulakidas as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: May 2, 2025 4:15 pm
Address: 1901 W Harrison St, Chicago, IL 60612
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=41.8731221,-87.6740157
Description of attempt: Given address is a parking lot without clinic or medical facilities.

Total Cost: $190.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u>   Cook County                          </u>,
<u>    IL       </u> on <u>   5/6/2025              </u>.

/s/ *Kurt Sederman*
_____
Signature
Kurt Sederman
+1 (312) 451-8228
Proof Illinois LLC
No. 117.001863

