3078567-JKS/SLM
6288632/6346125

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

ANTHONY LEE,

Plaintiff

v.

WEXFORD HEALTH SOURCES, INC., et al

Defendants

Case Number: 1:25-cv-01772

Judge: Jorge L. Alonso

**NOTICE OF MOTION**
AND AGREED BRIEFING SCHEDULE

**TO:** All Parties of Record

**PLEASE TAKE NOTICE** that on July 9, 2025 **at** 9:30 a.m.**,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jorge L. Alonzo or any judge sitting in his or her stead in **Courtroom** 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** Defendant McGladdery's Rule 12(b)(6) Motion to Dismiss Counts IV and X of Plaintiff's Second Amended Complaint. By agreement of the parties, Plaintiff to respond within 21 days (on or before 06/19/25) and Defendant McGladdery to reply within 14 days thereafter (on or before 07/03/25).

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, I provided service to the person or persons listed above by the following means: via e-mail transmission

Signature:

Date: May 29, 2025

Name (Print): Jennifer K. Stuart

Address: Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601

Phone: (312) 894-3200 Ext 3364

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RE: Anthony Lee v. Wexford Health Sources, Inc.
Court No: 25-cv-01772
Our File: 3078567

# SERVICE LIST

**Attorney for Plaintiff**
Sam A. Harton
Daisy Ayllon
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60622
(312) 253-8590 (Sam)
(610-806-3111 (Daisy)
sharton@rblaw.net
dayllon@rblaw.net

**Attorney for Wexford Health Sources, Inc.,**
**Helen Bruckner, Eileen Couture, Marlene Henze**
Corinne M. Cundiff
Robert Steven Tengesdal
Connell Krause, LLC
500 West Madison Street, Suite 3900
Chicago, IL 60661
(312) 559-4689 (Corinne)
(312) 466-0343 (Robert)
ccundiff@cktrials.com
rtengesdal@cktrials.com

**Attorney for Dianna Kucera**
Carl Salvatore Stier
Illinois Attorney General's Office
Government Representation
General Law Bureau
115 South LaSalle Street, 28th Floor
Chicago, IL 60603
773-835-0637
carl.stier@ilag.gov

**Attorneys for Mitchell McGladdery**
Jennifer K. Sturt
Shannon L. McKeon
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3267
jstuart@amundsendavislaw.com
(312) 455-3842
smckeon@amundsendavislaw.com

**Attorneys for Dr. Stathis Paulakidas and**
**Presence Central and Suburban Hospitals Network**
Michele Carole Anderson -
Alina Morhaim
Matthew Kaminski
Hall Prangle & Schoonveld
200 South Wacker Drive
33rd Floor
Chicago, IL 60606
(312) 267-6227 – M Anderson
(954) 673-6615 – A Morhaim
(312) 345-9600 – M Kaminski
manderson@hpslaw.com
amorhaim@hpslaw.com
mkaminski@hallprangle.com