IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY LEE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) No. 25-cv-01772 |
| MARLENE HENZE, DIANNA KUCERA, | ) |
| MITCHELL MCGLADDERY, HELEN | ) |
| BRUCKNER, EILEEN COUTURE, DR. STATHIS | ) |
| POULAKIDAS, PRESENSE CENTRAL AND | ) |
| SUBURBAN HOSPITALS NETWORK d/b/a | ) |
| ASCENSION MERCY, and d/b/a AMITA | ) |
| HEALTH MERCY MEDICAL CENTER, a/k/a | ) |
| AMITA HEALTH AURORA, also d/b/a PRIME | ) |
| HEALTHCARE SERVICES, INC. a/k/a PRIME | ) |
| HEALTHCARE d/b/a MERCY MEDICAL | ) |
| CENTER | ) |
| Defendants. | |

**(UNOPPOSED) DEFENDANTS PRESENCE CENTRAL AND SUBURBAN HOSPITALS NETWORK d/b/a ASCENSION MERCY MEDICAL CENTER AND DR. STATHIS POULAKIDAS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

NOW COME Defendants, PRESENCE CENTRAL AND SUBURBAN HOSPITALS NETWORK d/b/a ASCENSION MERCY MEDICAL CENTER AND DR. STATHIS POULAKIDAS, by and through their attorneys, Hall Prangle LLC, and move this Honorable Court for an Order Extending the Time to File Their Responsive Pleadings by 27 Days. In support thereof, Defendants state as follows:

1. This is an unopposed motion for extension of time to file responsive pleadings. This is a complex federal civil rights case and state-law medical malpractice filed by Plaintiff, Anthony Lee, against a number of defendants. *See* ECF No. 1. Plaintiff filed his First Amended Complaint ("FAC") on 4/23/25. *See* ECF No. 35. In the FAC, Defendants PRESENCE CENTRAL AND

1

SUBURBAN HOSPITALS NETWORK d/b/a ASCENSION MERCY MEDICAL CENTER (hereinafter "Ascension Mercy") and DR. STATHIS POULAKIDAS, were added to the case. *Id.*[1]

2. Between the service of the FAC on these defendants and counsel's appearance (on May 20-21, 2025), Plaintiff filed a motion for leave to amend his complaint to file a second amended complaint (now the operative complaint, filed at ECF No. 50). *See* ECF No. 51. The Court granted the motion on May 12, 2021. ECF No. 60.

3. Throughout the Second Amended Complaint, Plaintiff makes a number of allegations involving allegedly complex medical issues, including an amputation of Plaintiff's leg above the knee as relevant to the moving defendants in this motion. *See generally* ECF No. 51. As undersigned counsel only recently were retained and the need to review extensive medical records to file their responsive pleading, Defendant submits that there is good cause for an extension of time to file its responsive pleading within the next 27 days, through and including June 26, 2025.

4. On May 29, 2025 undersigned counsel reached out to Plaintiff's counsel via email and stated that she did not oppose this motion.

**WHEREFORE**, Defendants, PRESENCE CENTRAL AND SUBURBAN HOSPITALS NETWORK d/b/a ASCENSION MERCY MEDICAL CENTER AND DR. STATHIS POULAKIDAS, respectfully move this Honorable Court for an Order extending the time to file a Responsive Pleading by 27 days (up to and including June 26, 2025).

    Respectfully submitted,

    /s/Matthew J. Kaminski
    Michele C. Anderson (manderson@hallprangle.com)
    Matthew J. Kaminski (mkaminski@hallprangle.com
    Alina Morhaim (amorhaim@hallprangle.com)

---

[1] Summons were issued on 4/30/25, *see* ECF No. 42, and the docket reflects that service of summons was effectuated on Ascension Mercy on May 1, 2025. Plaintiff served a copy of the summons for Dr. Poulakidas on May 14, 2025. ECF No. 62.

**HALL PRANGLE LLC**
200 S. Wacker Drive, Suite 3300
Chicago, IL 60654
*One of the attorneys for Defendants*
PRESENCE CENTRAL AND SUBURBAN HOSPITALS NETWORK d/b/a ASCENSION MERCY MEDICAL CENTER AND DR. STATHIS POULAKIDAS