**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Anthony Lee, | ) | |
| | ) | |
| Plaintiff, | ) | No: 25-cv-01772 |
| | ) | |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| Wexford Health Sources, Inc., Et al. | ) | |
| | ) | Magistrate: Daniel P. McLaughlin |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff, by and through his attorney, files this joint status report on behalf of all parties who have so far appeared in this case pursuant to the Court's Order, ECF 60.

## I. Nature of the Case

On February 20, 2023, Plaintiff filed his original Complaint. ECF 1. On April 23, 2025, Plaintiff filed his First Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. 15 (a)(1)(B). ECF 35. On May 6, 2025, Plaintiff moved for leave to file a Second Amended Complaint that named Prime Healthcare Services, Inc. as a Defendant. ECF 50, 51. The Court granted leave. ECF 60. Claims in this case are brought pursuant to 42 U.S.C. § 1983, providing a basis for federal question jurisdiction. The related state claims are brought pursuant to supplemental jurisdiction.

The operative Complaint alleges that Defendants engaged in conduct that ultimately resulted in an infection and the amputation of Mr. Lee's leg and unnecessary pain and suffering. Mr. Lee was incarcerated in the Illinois Department

of Corrections at all times relevant. Plaintiff seeks the following damages: An award of compensatory and punitive damages; An award of full costs and attorneys' fees arising out of this litigation pursuant to 42 U.S.C. § 1988(b); and any other further relief this Court may deem just and appropriate.

Defendants deny that they did or failed to do anything that was a proximate cause of Plaintiff's alleged injuries or claimed damages.

There has been a demand for a jury trial by both Plaintiff and the Defendants that have answered the complaint thus far.

**II. Service of Defendants**

There are multiple Defendants in this case, all of which have been served and have had attorneys appear on their behalf, most of which have filed responsive pleadings.

**III. Pending Motions**

Defendant McGladdery filed a motion to dismiss which will be presented before the Court on July 9, 2025. ECF 73. Defendants, Presence Central and Suburban Hospitals Network d/b/a Ascension Mercy Medical Center and Dr. Stathis Poulakidas, filed their unopposed Motion requesting an extension of time to June 26, 2025, to file their responsive pleadings. ECF 75.

**IV. Discovery and Case Management Plan**

Parties believe it is premature to establish a discovery schedule as not all defendants have filed their responsive pleadings. Recognizing that the Court's standing orders require the parties to provide a proposed discovery and case management plan in the initial status report, the parties respectfully request a 45-

day extension to provide an updated status report. At that time, the parties will provide a proposed discovery and case management plan.

**V. Settlement and Referrals**

The parties have not engaged in settlement discussions at this stage considering that some parties were recently served and recently had attorneys appear on their behalf. Once Parties meet, they will determine consent to the Magistrate Judge's jurisdiction and whether settlement negotiations will be useful at this early stage.

Respectfully submitted,

/s/ Sam Harton
Attorney for the Plaintiff

Sam Harton
Daisy Ayllon
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 253-8618
Fax: (312) 458-1004
sharton@rblaw.net
dayllon@rblaw.net

*/s/Corinne M. Cundiff*
Attorney for Defendants, Wexford Health Sources, Inc., Helen Bruckner, Eileen Couture, and Marlene Henze

Robert S. Tengesdal
Corinne M. Cundiff
CONNOLLY KRAUSE, LLC
500 W. Madison Street, Suite 3900
Chicago, IL 60661
(312)253-6200
rtengesdal@cktrials.com
ccundiff@cktrials.com

*/s/ Alina Morhaim*
One of the attorneys for Defendants
PRESENCE CENTRAL AND
SUBURBAN HOSPITALS NETWORK
d/b/a ASCENSION MERCY
MEDICAL CENTER AND DR.
STATHIS POULAKIDAS

HALL PRANGLE LLC
200 S. Wacker Drive, Suite 3300
Chicago, IL 60654
Michele C. Anderson
(manderson@hallprangle.com)
Matthew J. Kaminski
(mkaminski@hallprangle.com
Alina Morhaim
(amorhaim@hallprangle.com)

/s/ Carl Salvatore Stier
Illinois Attorney General's Office
Government Representation, General
Law Bureau
115 South LaSalle Street
Ste 28th Floor
Chicago, IL 60603
773-835-0637
Email: carl.stier@ilag.gov

/s/ Jennifer K. Stuart
SmithAmundsen LLC (Chgo)
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
(312) 894-3267
Fax: Not a member
Email:
JStuart@amundsendavislaw.com