# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anthony Lee

                                       Plaintiff,

v.                                                    Case No.: 1:25−cv−01772

                                                                   Honorable Jorge L. Alonso

Wexford Health Sources Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: : The Court adopts the parties' agreed briefing schedule for Defendant McGladdery's motion to dismiss [72]: Plaintiff's response is due 6/19/25; McGladdery's reply is due 7/3/25. The Court will rule electronically on the motion to dismiss. The Court grants Defendants Presence Central and Suburban Hospitals Network and Stathis Poulakidas' motion for extension to file a responsive pleading [75] until 6/26/25 and strikes the motion hearing previously set for 7/9/25. The Court continues the telephonic status hearing previously set for 6/5/25 to 7/17/25 at 9:30 a.m. The parties shall file a joint status report by 7/14/25. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 650−479−3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.