3078567-JKS/SLM
6288632/6346125

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | NO. 1:25-cv-01772 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC.,<br>MARLENE HENZE, DIANNA KUCERA,<br>MITCHELL MCGLADDERY,<br>HELEN BRUCKNER,<br>EILEEN COUTURE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MITCHELL MCGLADDERY'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL RULE 26(a)(1) DISCLOSURES**

NOW COMES Defendant Mitchell McGladdery ("Defendant") by and through his attorney, AMUNDSEN DAVIS LLC, and for his motion for extension of time to file his initial Rule 26(a)(1) disclosures, hereby states the following:

1. On July 14, 2025, this Court set a deadline for all parties to complete Rule 26(a)(1) disclosures by July 31, 2025. (ECF #87).

2. Defendant McGladdery is now seeking an extension of time of 14 days, on or before August 14, 2025, to file his Rule 26(a)(1) disclosures. The requested extension would allow time for counsel to confirm all applicable insurance information relevant to Defendant McGladdery's disclosures.

3. Therefore, Defendant McGladdery is requesting until August 14, 2025, to file his initial Rule 26(a)(1) disclosures.

4. The instant motion is not being made for any improper purpose or delay. Nor will any party suffer any prejudice if this Court grants the request.

WHEREFORE, Defendant Mitchell McGladdery respectfully requests this Court grant his motion for a brief extension to file his initial Rule 26(a)(1) disclosures to August 14, 2025, or any date thereafter this Court may deem more appropriate.

Respectfully submitted,

AMUNDSEN DAVIS LLC

By: *\/s/ Jennifer K. Stuart*
One of the Attorneys for Defendant,
Mitchell McGladdery

Jennifer K. Stuart – jstuart@amundsendavislaw.com
Shannon L. McKeon – smckeon@amundsendavislaw.com
AMUNDSEN DAVIS LLC
150 North Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3200

3078567-JKS/SLM
6288632/6346125

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY LEE,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>MARLENE HENZE, DIANNA KUCERA,<br>MITCHELL MCGLADDERY,<br>HELEN BRUCKNER,<br>EILEEN COUTURE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-01772 |

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 31, 2025** a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system.

AMUNDSEN DAVIS, LLC

By: /s/ Jennifer K. Stuart
One of the Attorneys for
Defendant MITCHELL MCGLADDERY

Jennifer K. Stuart – jstuart@amundsendavislaw.com
Shannon L. McKeon – smckeon@amundsendavislaw.com
AMUNDSEN DAVIS, LLC
150 North Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3200