**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Anthony Lee, | ) | |
| | ) | |
| Plaintiff, | ) | No:    25-cv-01772 |
| | ) | |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| Wexford Health Sources, Inc., et al., | ) | |
| | ) | Magistrate: Daniel P. McLaughlin |
| Defendants. | ) | |
| | ) | |

**STATUS REPORT**

Plaintiff, by and through his attorney, files this status report on behalf of Plaintiff and Defendants, updating the Court on the status of discovery and settlement discussions, pursuant to the Court's Order. All parties conferred on the contents of this report.

**I.    Discovery Status**

All parties have produced Rule 26(a)(1) disclosures. Parties also exchanged written discovery on September 4, 2025. The parties continue to work to finalize written discovery responses but have required extensions. The parties are working to schedule Plaintiff's deposition and the first round of witnesses.

**II.    Settlement**

The parties have not engaged in settlement discussions at this time. The parties intend to discuss interest in settlement once Plaintiff's deposition has proceeded.

Date: November 17, 2025

Respectfully submitted,

/s/ Sam Harton
Attorney for the Plaintiff

Sam Harton
Daisy Ayllon
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 253-8618
Fax: (312) 458-1004
sharton@rblaw.net
dayllon@rblaw.net