# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name Christopher J. Garavaglia

Firm Connolly Krause LLC

Street Address 150 N. Michigan Ave., Ste. 1000

City/State/Zip Code Chicago, IL 60601

Phone Number 312-466-7218

Email address cgaravaglia@cktrials.com

ARDC (Illinois State Bar members, only) 6323928

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 16-cv-07884 | Dorsey v. Obaisi et al | Wood |
| 20-cv-1682 | Dejesus v. Wexford et al | Daniel |
| 23-cv-02774 | Harris v. Wexford et al | Seeger |
| 23-cv-3071 | Lisle v. Olszewski | Ellis |
| 23-cv-16967 | Nania v. Williams | Johnson |
| 24-cv-00174 | Thomas v. Truitt et al | Pallmeyer |

Christopher J. Garavaglia
Signature of Attorney

12/11/2025
Date

**Continued: Active Cases in which Christopher J. Garavaglia has an appearance on file:**

| **Case Number** | **Case Title** | **Assigned Judge** |
|---|---|---|
| 24-cv-00806 | Boyce v. Henze et al. | Coleman |
| 24-cv-00943 | Mattia v. Yenkong et al | Durkin |
| 24-cv-00993 | Thomas v. Henze et al | Pallmeyer |
| 25-cv-01033 | Hathcoat v. Hughes et al | Singh |
| 25-cv-01233 | Jackson v. Ojelade | Lefkow |
| 25-cv-01772 | Lee v. Wexford et al | Alonso |
| 22-cv-50338 | Lisle v. Ditzler et al | Johnston |