# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

**If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name Victor F. Price

Firm Connolly Krause LLC

Street Address 150 North Michigan Avenue, Suite 1000

City/State/Zip Code Chicago, Illinois 60601

Phone Number 312-466-7266

Email address vprice@cktrials.com

ARDC (Illinois State Bar members, only) 6313766

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 2019-cv-50051 | Short v. Varga et. al. | Johnston |
| 2020-cv-01196 | Blake v. Saffold et. al. | Tharp Jr. |
| 2020-cv-01682 | DeJesus v. Wexford et. al. | Daniel |
| 2020-cv-50280 | Rankin v. CGH Med. Ctr. et. a | Pallmeyer |
| 2022-cv-07163 | Twardoski v. Wexford et. al. | Valderrama |
| | SEE ATTACHED LIST | |

/s/ Victor F. Price
Signature of Attorney

December 11, 2025
Date

Rev. 07032025

**CONTINUED: active cases in which Victor F. Price has an appearance on file:**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 2023-cv-02849 | Wesley v. Truitt et. al. | Pallmeyer |
| 2023-cv-15751 | Lyons v. Bartlett et. al. | Hunt |
| 2023-cv-16285 | Dominguez v. Hughes et. al. | Blakey |
| 2024-cv-00174 | Thomas v. Truitt et. al. | Pallmeyer |
| 2024-cv-00806 | Boyce v. Henze et. al. | Coleman |
| 2024-cv-00943 | Mattia v. Yenkong et. al. | Durkin |
| 2024-cv-00993 | Thomas v. Henze et. al. | Pallmeyer |
| 2024-cv-06139 | Sanchez v. Wexford et. al. | Kendall |
| 2024-cv-11700 | Jones-Broadway v. IDOC et. al. | Wood |
| 2024-cv-50110 | Brown, Jr. v. Tack et. al. | Pallmeyer |
| 2024-cv-50334 | Hall v. Jeffreys et. al. | Johnston |
| 2025-cv-00004 | Jackson v. Henze, et. al. | Kendall |
| 2025-cv-01233 | Jackson v. Ojelade et. al. | Lefkow |
| 2025-cv-01447 | Couch v. Wellpath. et. al. | Alexakis |
| 2025-cv-01772 | Lee v. Wexford et. al. | Alonso |
| 2025-cv-05194 | Stilin v. Briley et. al. | Pallmeyer |