**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name Robert S. Tengesdal

Firm Connolly Krause LLC

Street Address 150 North Michigan Avenue, Suite 1000

City/State/Zip Code Chicago, IL 60601

Phone Number 312-466-0049

Email address rtengesdal@cktrials.com

ARDC (Illinois State Bar members, only) 6288650

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 2019-cv-50051 | Short v Varga et. al. | Johnston |
| 2020-cv-01196 | Blake v Saffold et. al. | Tharp, Jr. |
| 2020-cv-01682 | DeJesus v Wexford et. al. | Daniel |
| 2020-cv-50280 | Rankin v CGH Med. Ctr.,et. | Pallmeyer |
| 2021-cv-03036 | Coleman v Wexford et. al. | Kness |
| | SEE ATTACHED LIST | |

/S/Robert S. Tengesdal
Signature of Attorney

December 11, 2025
Date

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 2022-cv-07163 | Twardoski v Wexford, et. al. | Valderrama |
| 2022-cv-50338 | Lisle, Jr. v Ditzler, et. al. | Johnston |
| 2023-cv-02774 | Harris v Wexford, et. al. | Seeger |
| 2023-cv-02849 | Wesley v Truitt, et. al. | Pallmeyer |
| 2023-cv-03071 | Lisle, Jr. v. Olszewski | Ellis |
| 2023-cv-15751 | Lyons v Bartlett, et. al. | Hunt |
| 2023-cv-16285 | Dominguez v. Hughes, et. al. | Blakey |
| 2023-cv-16967 | Nania v Williams, et. al. | Coleman |
| 2024-cv-00174 | Thomas v. Truitt, et. al. | Pallmeyer |
| 2024-cv-00806 | Boyce v Henze, et. al. | Coleman |
| 2024-cv-00943 | Mattia v Yenkong, et. al. | Durkin |
| 2024-cv-00993 | Thomas v Henze, et al. | Pallmeyer |
| 2024-cv-06139 | Sanchez v Wexford, et. al. | Kendall |
| 2024-cv-11700 | Jones-Broadway v IDOC, et. al | Wood |
| 2024-cv-50110 | Brown, Jr. v Tack, et. al. | Pallmeyer |
| 2024-cv-50334 | Hall v Jeffreys, et. al. | Johnston |
| 2024-cv-50337 | Watts v Sy. Et. al. | Pallmeyer |
| 2024-cv-50389 | Flemming v Tack, et al. | Tack |
| 2025-cv-00004 | Jackson v Henze, et al | Kendall |
| 2025-cv-01033 | Hathcoat v Hughes, et. al. | Shah |
| 2025-cv-01233 | Jackson v Ojelade, et. al. | Lefkow |
| 2025—cv-01447 | Couch v Wellpath, et al. | Alexis |
| 2025-cv-01772 | Lee v Wexford, et al. | Alonso |
| 2025-cv-04481 | Carter v Schieve, et. al. | Perry |
| 2025-cv-05194 | Stilin v Briley, et. al. | Bucklo |
| 2025-cv-50314 | Kradle et al. v Harpstreith, et, al. | Pallmeyer |
| 2021-cv-06611 | Banks v Wexford, et al., | Valderrama |
| 2021-cv-03819 | Gandara v Wexforad, et. al. | Wood |
| 2021-cv-05294 | Pickens v Wexford, et al., | Durkin |
| 2021-cv-0319 | Fair v Wexford, et. al. | Blakey |
| 2021-cv-07884 | Dorsey v Obaisi, et. al. | Pallmeyer |

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 2022-cv-07163 | Twardoski v Wexford, et. al. | Valderrama |
| 2022-cv-50338 | Lisle, Jr. v Ditzler, et. al. | Johnston |
| 2023-cv-02774 | Harris v Wexford, et. al. | Seeger |
| 2023-cv-02849 | Wesley v Truitt, et. al. | Pallmeyer |
| 2023-cv-03071 | Lisle, Jr. v. Olszewski | Ellis |
| 2023-cv-15751 | Lyons v Bartlett, et. al. | Hunt |
| 2023-cv-16285 | Dominguez v. Hughes, et. al. | Blakey |
| 2023-cv-16967 | Nania v Williams, et. al. | Coleman |
| 2024-cv-00174 | Thomas v. Truitt, et. al. | Pallmeyer |
| 2024-cv-00806 | Boyce v Henze, et. al. | Coleman |
| 2024-cv-00943 | Mattia v Yenkong, et. al. | Durkin |
| 2024-cv-00993 | Thomas v Henze, et al. | Pallmeyer |
| 2024-cv-06139 | Sanchez v Wexford, et. al. | Kendall |
| 2024-cv-11700 | Jones-Broadway v IDOC, et. al | Wood |
| 2024-cv-50110 | Brown, Jr. v Tack, et. al. | Pallmeyer |
| 2024-cv-50334 | Hall v Jeffreys, et. al. | Johnston |
| 2024-cv-50337 | Watts v Sy. Et. al. | Pallmeyer |
| 2024-cv-50389 | Flemming v Tack, et al. | Tack |
| 2025-cv-00004 | Jackson v Henze, et al | Kendall |
| 2025-cv-01033 | Hathcoat v Hughes, et. al. | Shah |
| 2025-cv-01233 | Jackson v Ojelade, et. al. | Lefkow |
| 2025—cv-01447 | Couch v Wellpath, et al. | Alexis |
| 2025-cv-01772 | Lee v Wexford, et al. | Alonso |
| 2025-cv-04481 | Carter v Schieve, et. al. | Perry |
| 2025-cv-05194 | Stilin v Briley, et. al. | Bucklo |
| 2025-cv-50314 | Kradle et al. v Harpstreith, et, al. | Pallmeyer |
| 2021-cv-05294 | Pickens v Wexford, et al., | Durkin |