**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY LEE (#Y48589), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-01772 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., et al. | ) | Honorable Judge Jorge L. Alonso |
| | ) | |
| | ) | Honorable Magistrate Judge Daniel P. McLaughlin |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO DEPOSE INCARCERATED INDIVIDUAL ON DECEMBER 19, 2025**

NOW COME, Defendants, HELEN BRUCKNER, EILEEN COUTURE, MARLENE HENZE and WEXFORD HEALTH SOURCES, INC., by and through their attorneys, CONNOLLY KRAUSE LLC, and for their Unopposed Motion to Depose an Incarcerated Individual on December 19, 2025, states as follows:

1. Plaintiff brings his Second Amended lawsuit under 42 U.S.C. § 1983 for alleged acts and omissions by Defendants that allegedly occurred during Plaintiff's incarceration at Joliet Treatment Center and Stateville Correctional Center. (Dkt. 50).

2. Plaintiff, Anthony Lee, IDOC identification number Y48589, is an inmate currently housed in Joliet Treatment Center.

3. Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure provides that a party must obtain leave of Court in order to take the deposition of a deponent confined in prison.

4. Joliet Treatment Center has agreed to make Plaintiff available for deposition on December 19, 2025. If the facility advises that this date becomes unavailable for any reason, additional dates will be determined and agreed upon by the Parties.

5. Accordingly, Defendants respectfully request that this Honorable Court grant them leave to take the deposition of Plaintiff under Rule 30(a)(2)(B), allowing for the full duration afforded pursuant to the Rule 30(d)(1) of the Federal Rules of Civil Procedure, which is seven (7) hours of testimony.

NOW COME the Defendants, HELEN BRUCKNER, EILEEN COUTURE, MARLENE HENZE and WEXFORD HEALTH SOURCES, INC., by and through their attorneys, CONNOLLY KRAUSE LLC, pray that this Honorable Court grant their motion and enter an order providing leave to depose incarcerated individual, and Plaintiff, Anthony Lee (Y48580), allowing for the full seven hours of testimony, afforded pursuant to Rule 30(d)(1) of the Federal Rules of Civil Procedure, .

Respectfully submitted,

**CONNOLLY KRAUSE LLC**

/s/Christopher J. Garavaglia
One of the Attorneys for Defendants

Robert S. Tengesdal #6288650
Christopher J. Garavaglia #6323928
CONNOLLY KRAUSE LLC
Attorneys for Defendants
150 N. Michigan Ave., Ste. 1000
Chicago, IL 60601
Tel: (312) 253-6200
Email: rtengesdal@cktrials.com
cgaravaglia@cktrials.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/ECF system.

/s/Christopher J. Garavaglia