**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Anthony Lee, | ) | |
| | ) | |
| Plaintiff, | ) | No:    25-cv-01772 |
| | ) | |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| Wexford Health Sources, Inc., et al., | ) | |
| | ) | Magistrate: Daniel P. McLaughlin |
| Defendants. | ) | |
| | ) | |

**STATUS REPORT**

Plaintiff, by and through his attorney, files this status report on behalf of Plaintiff and Defendants, updating the Court on the status of discovery and settlement discussions, pursuant to the Court's Order. All parties conferred on the contents of this report.

**I.      Discovery Status**

All parties have produced Rule 26(a)(1) disclosures. The parties exchanged and answered written discovery. There is still some ESI production outstanding from Defendant Wexford, who is working to produce it by April 3, 2026.

Plaintiff's deposition proceeded on December 18, 2025. Two other third-party witnesses proceeded in the first week of January. Since the last status report on January 27, 2026, the following depositions have proceeded:

1. Defendant Mitchell McGladdery
2. Defendant Dr. Dianna Kucera
3. Defendant Dr. Eileen Couture
4. Defendant Dr. Stathis Poulakidas
5. Defendant Dr. Marlene Henze
6. Priscilla Paramore

Accordingly, depositions of all individual Defendants have been completed except for Defendant Bruckner, whose deposition is scheduled for April 13, 2026.

During the depositions of Defendants, new information came to light regarding the circumstances of Plaintiff's injuries. For example, Dr. Henze, who testified two days before the filing of this report, indicated that she did not receive adequate information from other Wexford agents regarding Plaintiff's injuries, resulting in her decision not to send Plaintiff to the hospital. Wexford Defendants disagree with this assertion, as Mr. Lee's own testimony on December 19, 2026, provided Plaintiff with notice that Dr. Henze was not adequately informed about the extent of Mr. Lee's injury; specifically, testimony concerning Mr. Lee's interaction and conversation with Dr. Henze on February 27, 2023, in which Dr. Henze informed Mr. Lee that she did not receive adequate information from on-site staff. Plaintiff intends to file a motion for leave to amend the allegations in the complaint to conform with the new evidence and testimony of the Defendants pursuant to Rule 15.

Though Plaintiff has not yet provided a proposed Amended Complaint, Wexford Defendants anticipate filing an opposition to Plaintiff's motion for leave. It is Wexford Defendant's position that no new evidence was gleaned from Dr. Henze's deposition on March 31, 2026. It is Wexford Defendants' position that Plaintiff was put on notice of the alleged theory of agency as of at least December 19, 2026, and any request for leave to amend the complaint in order to conform with "new" evidence is untimely.

Plaintiff intends to issue a list of topics to Defendant Wexford pursuant to Rule

2

30(b)(6) for the purposes of identifying corporate designee(s) for deposition. The parties are actively working to schedule the depositions of Dr. Shabirhusain Abadin and Nurse Ann Ohakosim. Potential dates of April 29 - May 1 have been proposed for the deposition of Nurse Sandra Virgo.

On January 29, 2026, Wexford Defendants issued subpoenas on the following medical providers employed by AMITA Health at the time of the subject incident: Nurse Laurie Chacon, Nurse Christine Meeks, Nurse McKenzie Warren, and Dr. Clark Murray. Counsel for AMITA has since confirmed that they control Nurses Chacon, Meeks, and Warren, and will be providing deposition dates for the same. Confirmation remains pending as to whether Counsel controls Dr. Murray. Should it be determined that Dr. Murray is not under the control of Counsel, Defendants intend to reissue a subpoena to Dr. Murray, who is currently practicing in Florida. Wexford Defendants have requested further clarification on or by April 10, 2026.

Fact discovery closes on June 19, 2026. The parties are working diligently to complete discovery by that date. Wexford Defendants do not believe that the June 19, 2026, fact discovery date will be viable should an Amended Complaint be filed as additional discovery concerning the alleged agency of on-site staff will be required. Wexford Defendants propose that the fact discovery deadline be extended to accommodate the anticipated briefing of Plaintiff's Motion for Leave to Amend and potential subsequent additional discovery.

## II. Settlement

In the last status report, Plaintiff indicated that Dr. Henze and Dr. Poulakidas' depositions needed to proceed before formulating a demand. The parties completed

3

Dr. Henze's deposition on March 31, 2026, and Plaintiff will begin formulating a demand.

Respectfully submitted,

/s/ Sam Harton
Attorney for the Plaintiff

Sam Harton
Paul McMahon
Daisy Ayllon
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 253-8618
Fax: (312) 458-1004
sharton@rblaw.net
pmcmahon@rblaw.net
dayllon@rblaw.net

4