Anthony Lee

        Plaintiff,

v.                Case No.: 1:25−cv−01772
                 Honorable Jorge L. Alonso

Wexford Health Sources Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

  MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [121]. The parties report significant progress in oral discovery and Plaintiff reports that, following the deposition of Dr. Henze, Plaintiff determined that he would likely seek leave to amend the complaint. If any such motion seeking leave to amend is filed and impacts the current discovery close, the parties should file a Motion for Extension of Time that proposes a reasonable extension of the fact discovery close and clearly articulates what new discovery is anticipated from any amended complaint. In the interim, the parties are directed to file a further joint status report by 6/2/26 updating the Court on the status of discovery and any interest in settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.