**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Anthony Lee, | ) | |
| | ) | |
| Plaintiff, | ) | No:    25-cv-01772 |
| | ) | |
| v. | ) | |
| | ) | Judge: Jorge L. Alonso |
| Wexford Health Sources, Inc., et al., | ) | |
| | ) | Magistrate: Daniel P. McLaughlin |
| Defendants. | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**

Plaintiff, by and through his attorney, files this unopposed Motion for Extension of Time to Complete Fact Discovery. Plaintiff states as follows:

Fact discovery closes on June 19, 2025, but the parties indicated in a previous status report that they likely would seek an extension to the discovery deadline. The Court advised as follows:

> The parties report significant progress in oral discovery and Plaintiff reports that, following the deposition of Dr. Henze, Plaintiff determined that he would likely seek leave to amend the complaint. If any such motion seeking leave to amend is filed and impacts the current discovery close, the parties should file a Motion for Extension of Time that proposes a reasonable extension of the fact discovery close and clearly articulates what new discovery is anticipated from any amended complaint.

Accordingly, Plaintiff respectfully requests that the discovery deadline in this case be extended to September 25, 2026. Defendants do not oppose this relief.

Such an extension is necessary to allow the parties to complete discovery. The parties have made significant progress in discovery, conducting the depositions of all

six individual defendants, the plaintiff, and three uncontrolled witnesses. However, a three-month extension is necessary to allow the parties to complete those tasks that remain outstanding.

On March 3, 2026, Wexford produced a significant amount of ESI. Plaintiff subsequently served a Rule 30(b)(6) notice on April 8, 2026, in response to which Wexford is working to identify corporate designees to present for deposition. The parties have scheduled one corporate designee to be deposed on June 9. Additionally, both Plaintiff and Wexford have subpoenaed multiple non-party fact witnesses and are working to schedule their depositions. Plaintiff will also be seeking to amend his complaint[1] to include allegations that conform to the discovery in this case, which may require additional discovery. For example, Plaintiff learned during Dr. Henze's deposition that she was out of town on the night of the incident pursuant to Wexford's policies and procedures that allowed on-call physicians to travel without notifying any other Wexford staff. Plaintiff will seek to amend the complaint to include allegations that Wexford maintained an unconstitutional on-call policy that rendered physicians unavailable to inmates in the event of a weekend emergency and has issued a 30(b)(6) notice that seeks discovery on this topic. The requested three-month extension would allow the parties to complete fact discovery, including significant Monell discovery and any discovery related to Plaintiff's sought amendments.

---

[1] Plaintiff's Motion for Leave to Amend is forthcoming. Plaintiff's lead counsel, Paul McMahon, was out of the country while Plaintiff's other two attorneys, Sam Harton and Daisy Ayllon, were on trial throughout much of April. Plaintiff's counsel has now had the opportunity to review Dr. Henze's deposition transcript and circulate proposed amendments to defense counsel. Plaintiff is working to file the motion expeditiously.

Plaintiff respectfully requests this Court grant this motion and extend the time to complete fact discovery to September 25, 2026.

Respectfully submitted,

/s/ Sam Harton
Attorney for the Plaintiff

Sam Harton
Paul McMahon
Daisy Ayllon
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 253-8618
Fax: (312) 458-1004
sharton@rblaw.net
pmcmahon@rblaw.net
dayllon@rblaw.net