Anthony Lee

Plaintiff,

v.

Case No.: 1:25–cv–01772
Honorable Jorge L. Alonso

Wexford Health Sources Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Plaintiff's Motion for Extension of Time to Complete Fact Discovery [123] is unopposed and granted for the reasons stated in the motion. Fact discovery is extended to 9/25/26. Joint status report on discovery and settlement interests due 6/2/26 stricken and reset for 7/27/26. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.