CONFIDENTIAL- SUBJECT TO PRTOECTIVE ORDER

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Joliet Treatment _____ Center

Offender Information:

Lee | Anthony | ID#: Y48589

Last Name | First Name | MI

| Date/Time | |
|---|---|
| 2/20/23 2100 | |

Distribution: Offender's

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

PL LEE 001940

1940