| | |
|---|---|
| **From:** | Sam Harton |
| **To:** | Rios, Susie; Michele C. Anderson; Alina Morhaim; Sharon Rowe; Eulora Thompson; Lorena Garcia; DeMarco, Dennis; Matthew J. Kaminski; Christopher Garavaglia; carl.stier@ilag.gov; LeMaster, Kathleen; McDaniels, Tyrone; Gwendolyn Dunbar; Robert Tengesdal; Stuart, Jennifer |
| **Cc:** | Devon Kelly; Paul McMahon; Daisy Ayllon |
| **Subject:** | Lee v. Wexford et al - Paramore Dep |
| **Date:** | Monday, March 2, 2026 11:21:00 AM |
| **Attachments:** | image001.png image002.png image003.png image004.png image005.png |

Counsel,

Based on our prior correspondence, it is my understanding that Ms. Paramore is an unrepresented witness. In anticipation of her deposition scheduled for next Tuesday, I intend to contact her to confirm her attendance and provide copies of her notes.

Before doing so, I want to confirm that Ms. Paramore remains unrepresented and that no defense counsel has undertaken representation of her.

Please advise by **tomorrow at 5:00 p.m.** whether anyone plans to represent Ms. Paramore at her deposition. If I do not hear from you by that time, I will proceed on the understanding that she remains unrepresented.

Sincerely,

## Sam A. Harton
Senior Attorney



**www.rblaw.net**

**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622



**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.