Re: *Lee v. Amita Health Aurora*

## HEALTH PROFESSIONAL'S REPORT

1. Anthony Lee was incarcerated at Joliet Treatment Center and Stateville Correctional Center when he suffered serious burns and, later, a related infection.

2. On or about May 5, 2025, Mr. Lee was transported from Stateville to Amita Health Aurora.

3. Upon treating Mr. Lee for his wound and infection, Amita Health Aurora, by and through its agents and employees, was required to do the following:

   a. Thoroughly assess Anthony Lee to identify his needs and risks to his health and safety;

   b. Refrain from taking action that would worsen Anthony's condition and/or exacerbate his pain, such as amputation when there were other treatment options available;

   c. Prescribe and engage in an effective course of treatment that was designed to treat his needs;

   d. Take all other reasonable measures to assess and treat Anthony's burns, wounds, and infection.

4. Based upon my experience, training, knowledge, and my review of Anthony Lee's medical records, it is my opinion, to a reasonable degree of medical certainty, that the care provided by Amita Health Aurora, by and through its agents and employees, fell below the minimum standard of care and constituted negligence because it:

   a. Failed to assess the risks posed to Mr. Lee's health and safety;

   b. Failed to appropriately assess the extent Mr. Lee's infection;

   c. Amputated Mr. Lee's leg without appropriate investigation into his condition;

   d. Amputated Mr. Lee's leg when there were other treatment options available.

5. In my opinion, there is a reasonable and meritorious basis for filing a lawsuit against Amita Health Aurora.

6. I am a physician licensed to practice medicine in all its branches.

1

7. I am knowledgeable in the relevant issues involved in this particular action.

8. I have practiced medicine in the same area of health care or medicine that is at issue in this particular action within the last 5 years.

9. I am qualified by experience and have demonstrated competence regarding the care and treatment of patients, such as Anthony Lee.

10. I am familiar with the standard of care for physicians as it currently relates to issues of care and treatment of patients with severe burns and skin grafts such as Anthony Lee.

11. I am knowledgeable about the standard of care for general medical practitioners who are treating patients with specialized needs such as Anthony Lee's.

12. I have read and reviewed the following records in this case:

**Medical Records for Anthony Lee**
Illinois Department of Corrections
Dates: 4/4/2003-10/16/2023

Amita Health Aurora
Dates: 02/07/2023-03/16/2023, 04/04/2023, 05/05/2023-05/16/2023

Deepak Gupta, MD, Associate Director of the Santa Clara Valley Medical Center Burn Unit

_____
Signature

_4/21/25_
Date

4/21/25

Official Seal
LUZ A GONZALEZ
Notary Public, State of Illinois
Commission No. 901302
My Commission Expires September 17, 2027

2