**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY LEE (#Y48589), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  25-cv-01772 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | Honorable Judge Jorge L. Alonso |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

Please take notice that on **July 15, 2026, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Judge Jorge L. Alonso**, or any other judge sitting in his stead, in **Room 1903**, at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present Defendant Wexford Health Sources, Inc., Partial Motion to Dismiss Plaintiff's Third Amended Complaint, a copy of which is served electronically upon you via the Court's ECF filing system.

Dated:  July 6, 2026

Respectfully Submitted,

By:    */s/ Christopher J. Garavaglia*
Attorney for Defendants,
Helen Bruckner, Eileen Couture,
Marlene Henze and Wexford Health
Sources, Inc.

Robert S. Tengesdal (#6288650)
Christopher J. Garavaglia (#6323928)
CONNOLLY KRAUSE LLC
150 N. Michigan Ave., Ste. 100
Chicago, Illinois 60601
(312) 253-6200
rtengesdal@cktrials.com
cgaravaglia@cktrials.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/EFC system.

*/s/ Christopher J. Garavaglia*