**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Anthony Lee

Plaintiff,

v.

Case No.: 1:25−cv−01772
Honorable Jorge L. Alonso

Wexford Health Sources Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff indicates [171] that he agrees to dismissal of Defendant Stathis Poulakidas and Defendant Presence Central and Suburban Hospitals Network. These Defendants are dismissed and their motion [167] for summary judgment is denied as moot. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.