**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Anthony Lee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-cv-1772 |
| | ) | |
| v. | ) | |
| | ) | Honorable Jorge L. Alonso |
| Wexford Health Sources, Inc. et al., | ) | Honorable Daniel P. McLaughlin |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AND TERMINATE COUNSEL**

Defendant Diana Kucera, by her attorney, Kwame Raoul, Illinois Attorney General, hereby moves to withdraw counsel. In support thereof, Defendant states as follows:

1. On August 31, 2026, Assistant Attorney General Carl S. Stier leaves the Office of the Attorney General.
2. Assistant Attorney General Gilbert Brighty has appeared for Defendant Kucera and has taken over this matter. ECF No. 120.
3. It is requested that Carl S. Stier be terminated as counsel of record given the circumstances described herein.

For these reasons, Defendant respectfully requests that this Court enter an order terminating Carl Stier as counsel for Defendant Kucera, with Assistant Attorney General Gilbert Brighty continuing as counsel of record.

Dated: August 24, 2026 Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

/s/ *Carl S. Stier*
CARL S. STIER
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
115 S. LaSalle St.
Chicago, Illinois 60603
Carl.Stier@ilag.gov