**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Anthony Lee
Plaintiff,
v.
Case No.: 1:25−cv−01772
Honorable Jorge L. Alonso
Wexford Health Sources Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: Plaintiff's Unopposed Motion for Extension of Time [190] is granted; Plaintiff has until 10/23/26 to file his reply. Additionally, as to Defendants' Motion for Protective Order [189], Plaintiff has until 11/4/26 to respond; Defendants have until 11/12/26 to reply. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.